**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Arturo GARDEA–VENEGAS,
Defendant–Appellant.**

**No. 02–10555.
D.C. No. CR–01–01544–DCB.**

United States Court of Appeals,
Ninth Circuit.

---

3. We see no need, and we decline, to order

this matter transferred to a different judge for

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Bruce M. Ferg, Deputy Atty. Gen., Julia Soto, Evo A. DeConcini, Tucson, AZ, for Plaintiff-Appellee.

Marcy Miranda Janes, Tucson, AZ, for Defendant-Appellant.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

## MEMORANDUM**

Arturo Gardea–Venegas appeals the 24–month sentence imposed after his guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 18 U.S.C. § 3742(a), and we affirm.

Gardea–Venegas contends that the district court erred by adding a 12–level enhancement to his base offense level pursuant to U.S.S.G. § 2L1.2(b)(1)(B) after finding that his prior state conviction was a drug trafficking offense for which the sentence imposed was less than 13 months. Because judicially noticeable facts in the state court's sentencing order clearly establish that Gardea–Venegas pled guilty to a drug trafficking offense, *see United States v. Corona–Sanchez,* 291 F.3d 1201, 1211 (en banc) (noting that "[w]hen the statute of conviction does not facially qualify as [a drug trafficking offense] ... courts may examine the record for 'documentation or judicially noticeable facts that clearly establish that the conviction is a predicate conviction for enhancement purposes'") (citation omitted), and because the probationary sentence imposed for that offense included less than 13 months incarceration, *see* U.S.S.G. § 2L1.2(b)(1)(B) & cmt. n. 1(A)(iv), we affirm.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

